January 22, 2007

RECEIVED
JAN 2 2 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

WILLIE RAY SHED     CIVIL ACTION NO. 04-1080-P

versus     JUDGE HICKS

WARDEN T. W. THOMPSON     MAGISTRATE JUDGE HORNSBY

*************

The U.S. Marshal is requested to arrange for the presence of petitioner, Willie Ray Shed, at the **evidentiary hearing** that will be held on **Tuesday, January 30, 2007 at 1:30 p.m. in Courtroom 3.** Mr. Shed is currently detained at Caddo Correctional Center as a federal pretrial detainee.