UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WILLIE RAY SHED | CIVIL ACTION NO. 04-1080-P |
| versus | JUDGE HICKS |
| WARDEN T. W. THOMPSON | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Court's Memorandum Ruling, as well as the reasons stated in the Magistrate Judge's Report and Recommendation, and concurring with the findings of the Magistrate Judge under the applicable law, the Court finds that a motion to suppress would have been granted under the well settled federal jurisprudence if such a motion had been filed. Accordingly, the Court finds that petitioner's trial counsel was ineffective under Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052 (1984), for failing to file such a motion.

Therefore:

**IT IS ORDERED** that the petition for writ of habeas corpus is **GRANTED** as follows: The conviction of Petitioner, Willie Ray Shed, for possession of firearm by convicted felon, La. R.S. 14:95.1, entered in the First Judicial District Court, Caddo Parish, in suit No. 213,063, and reported in State v. Shed, 828 So.2d 124 (La. App. 2 Cir. 2002), writ denied, 861 So.2d 561(La. 2003), is hereby **VACATED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 13th day of September, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE